JAMES D. SARVEN, APPELLANT, VS. WILLIE B. MAYES, APPELLEE.

Appeal from Circuit Court Hernando county.

*Angus Paterson*, for Appellant.

*Shackleford & Simonton*, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.